UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
AUG 21 2024
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ

| UNITED STATES OF AMERICA | : | Hon. Sharon A. King |
|---|---|---|
| v. | : | Crim. No. 24-528 |
| ARTHUR SPITZER, MENDEL DEUTSCH, AND JOSHUA FELDBERGER | : | SEALING ORDER |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Daniel A. Friedman, Assistant U.S. Attorney, appearing), for an order sealing the Indictment returned on this date against Defendants Arthur Spitzer, Mendel Deutsch, and Joshua Feldberger and the Arrest Warrant issued on this date against Defendant Arthur Spitzer, and for good cause shown,

IT IS on this 21st day of August, 2024,

ORDERED that, with the exception of copies of the arrest warrant and the disclosure of the Indictment for the limited purpose of disclosure to and by law enforcement personnel for use in locating or arresting the defendants, the Indictment, Arrest Warrant, and this Order are SEALED until the Arrest Warrant is executed or until further order of the Court, and it is further

ORDERED that, once the Arrest Warrant is executed, the Indictment, Arrest Warrant, and this Order are unsealed.

_____
HON. SHARON A. KING
U.S. MAGISTRATE JUDGE