UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
AUG 21 2024
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ
M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. |
| v. | : | |
| | : | Crim. No. 24- 528 ( ESK ) |
| ARTHUR SPITZER, | : | |
| MENDEL DEUTSCH, and | : | |
| JOSHUA FELDBERGER | : | |

## FEDERAL RULE CRIMINAL PROCEDURE 12.4 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Criminal Procedure 12.4, Philip Sellinger, United States Attorney for the District of New Jersey (Daniel A. Friedman, Assistant U.S. Attorney, appearing) files this disclosure statement based upon the information currently available to this Office regarding the organizational victims of the criminal activity alleged in the above-referenced matter.  This statement is submitted for the limited purposes of Rule 12.4 and should not be relied upon for any other purpose.  The United States reserves its right to amend or supplement this statement to the extent this Office receives additional relevant information. ·

Organizational Victims:
PS Funding, Inc. (parent corporation: Peer Street, Inc.)
ConnectOne Bancorp, Inc. (no parent company or publicly held corporation that owns 10%
        or more of its stock has been identified through due diligence)
Larch Legacy LLC
FM Home Loans LLC

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

DANIEL A. FRIEDMAN
Assistant U.S. Attorney
United States Attorney's Office
District of New Jersey

1