# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 24-528 (ESK) |
| v. : | |
| : | <u>UNSEALING ORDER</u> |
| ARTHUR SPITZER, : | |
| MENDEL DEUTSCH, and : | |
| JOSHUA FELDBERGER : | |

This matter having come before the Court on the application of the United States of America (Daniel A. Friedman, Assistant U.S. Attorney, appearing) for an order that the Indictment in the above-captioned matter be unsealed, based on the arrest of defendant Arthur Spitzer; and for good cause shown,

IT IS ON this 3rd day of September 2024, ORDERED that the Indictment filed in the above-captioned matter is unsealed.

_____
HONORABLE EDWARD S. KIEL
UNITED STATES DISTRICT JUDGE