UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

|  |  |
|---|---|
| CAMDEN OFFICE | September 3, 2024 |
| JUDGE EDWARD S. KIEL | DATE OF PROCEEDINGS |

COURT REPORTER: Ann Marie Mitchell
OTHER: Gianmarco Rossi, U.S. Pretrial Officer.

Docket # 24-00528-03-ESK

TITLE OF CASE:
UNITED STATES OF AMERICA,

v.

JOSHUA FELDBERGER (3),
    DEFENDANT PRESENT.

APPEARANCES:
Daniel A. Friedman, AUSA
Zach Intrater, Esq. for Defendant Feldberger.

NATURE OF PROCEEDINGS: INITIAL APPEARANCE/ARRAIGNMENT/BAIL HEARING
Defendant advised of rights, charges, and penalties.
Defendant waives formal reading of the Indictment.
Brady Order read into the record. Order to be entered.
PLEA: Not Guilty plea entered.
Hearing on applications for bail; Ordered applications granted.
Ordered bail set in the amount of $250,000.00 Secured by property.
Ordered setting conditions of release and bond to be entered.
Ordered counsel shall meet and confer pursuant to standing order 15-2.
Ordered defendant released after processing.
Ordered status hearing set for Monday, October 7, 2024 at 1:00 p.m., Courtroom 4D.
Order to be entered.
Time commenced: 1:13 p.m.
Time Adjourned: 1:51 p.m.
Total Time: 10 min.

                                              s/*GN*
                                              DEPUTY CLERK