UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 24-528 (ESK) |
| v. | Hon. Edward S. Kiel |
| ARTHUR SPITZER, MENDEL DEUTSCH, and JOSHUA FELDBERGER | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Daniel A. Friedman, Assistant U.S. Attorney, appearing), and defendants Arthur Spitzer (Henry Mazurek, Esq. and Jason Ser, Esq., appearing), Mendel Deutsch (Todd Blanche, Esq., and Emil Bove, Esq., appearing), and Joshua Feldberger (Zach Intrater, Esq., appearing) for an order granting a continuance of proceedings in the above-captioned matter; and the defendants being aware that the defendants have the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and each defendant having consented to such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.  This case is an unusual or complex case within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), in light of the number of defendants, the number of charges, and the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within 70 days.

2.  The discovery in the case is expected to be voluminous and additional time is necessary to ensure that, taking into account the exercise of diligence, defense counsel have sufficient time to review and inspect discovery and further investigate the charges in this matter.

3.  As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(ii) and (iv), the ends of justice are served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

IT IS, therefore, on this 3rd day of September, 2024,

(1)  ORDERED that this action be, and hereby is, continued until May 12, 2025; and it is further

(2)  ORDERED that the period from the date of this order through

May 12, 2025 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
Honorable Edward S. Kiel
United States District Judge

Consented to as to form and entry:

_____
DANIEL A. FRIEDMAN.
Assistant U.S. Attorney

_____
HENRY MAZUREK, ESQUIRE
JASON SER, ESQUIRE
Counsel for defendant Arthur Spitzer

_____
TODD BLANCHE, ESQUIRE
EMIL BOVE, ESQUIRE
Counsel for defendant Mendel Deutsch

_____
ZACH INTRATER, ESQUIRE
Counsel for defendant Joshua Feldberger